IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> vs. <br><br> DAVID SANTANA-AGUIRRE, <br> Defendant. | Case No. 8:06CR353 <br><br> ORDER TO WITHDRAW <br> EXHIBITS |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order:

Exhibits 1 and 1A

Motion to Suppress hearing held 3/5/07

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this          day of November, 2007.

s/ Joseph F. Bataillon
United States District Judge